UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| HASSAN ALI #30380-057,<br>Petitioner | CIVIL DOCKET NO. 1:20-CV-00880<br>SEC P |
| VERSUS | JUDGE DRELL |
| J F CARAWAY, *ET AL.*,<br>Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 41), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Motion to Transfer (ECF No. 39) is DENIED, and the Petition (ECF No. 38) is DISMISSED, WITH PREJUDICE as to the jurisdictional issue, but WITHOUT PREJUDICE as to the merits of Petitioner's claim.

THUS, DONE AND SIGNED, at Alexandria, Louisiana, on this 16th day of September 2022.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT